WILLIAM BAMEL *vs.* BUILDING COMMISSIONER
OF BROOKLINE.

Suffolk.   June 12, 1924. — October 16, 1924.

Present: RUGG, C.J., BRALEY, PIERCE, & WAIT, JJ.

*Building Law,* Zoning ordinance. *Constitutional Law,* Police power:
municipal zoning; Ex post facto amendment.  *Municipal Corporations,*
By-laws and ordinances.

*Brett* v. *Building Commissioner of Brookline, ante,* 73, followed.

PETITION, filed in the Supreme Judicial Court for the
county of Suffolk on May 6, 1924, for a writ of certiorari
directing the respondent to make return of the complete
record and proceedings relating to an alleged revocation by
him of permits for the construction of buildings in Brookline,
to the end that his order of revocation might be quashed.

The facts were agreed upon.   The case was reserved by
*Carroll, J.,* for determination by the full court.

The case was submitted on briefs.

*M. B. Holsberg & M. B. Lynch,* for the petitioner.

*R. A. Stewart & C. O. Pengra,* for the respondent.

RUGG, C.J.   This is a petition for a writ of certiorari to
quash the action of the respondent, building commissioner
of the town of Brookline, in revoking permits to the petitioner
to build houses on lots owned by him.   The salient facts
in this case are similar in their legal aspects to those under
consideration in *Brett* v. *Building Commissioner of Brookline,
ante,* 73, just decided.   The differences are differences of
detail and not of substance.   The case at bar is governed
by the same principles stated in the opinion in that case and
requires the same result.

*Petition dismissed.*